

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-15-2012

# USA v. Yakov Babchinetskiy

Precedential or Non-Precedential: Non-Precedential

Docket No. 11-1574

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Yakov Babchinetskiy" (2012). *2012 Decisions.* Paper 1003.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/1003

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-1574
_____

UNITED STATES OF AMERICA

v.

YAKOV BABCHINETSKIY,
a/k/a YAN
a/k/a JACOB

Yakov Babchinetskiy,

Appellant.
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 07-00017)
District Judge:  Honorable Legrome D. Davis

Argued on April 20, 2012

Before:  McKEE, *Chief Judge*, SLOVITER, *Circuit Judge*
and O'CONNOR, *Associate Justice* (Ret.)*
_____

JUDGMENT ORDER
_____

---

* Hon. Sandra Day O'Connor, Associate Justice (Ret.) of the Supreme Court of the
United States, sitting by designation.

1

This cause came on to be heard on the record from the United States District Court for the Eastern of Pennsylvania and was argued on April 20, 2012.

On consideration whereof, inasmuch as we conclude that there was no plain error, it is now hereby ADJUDGED and ORDERED that the amended judgments of the District Court entered on January 20, 2011 and February 1, 2011 be and the same are hereby affirmed.

BY THE COURT:


/s/ Theodore A. McKee
Chief Judge

Attest:

/s/ Marcia M. Waldron
Clerk


Dated: May 15, 2012

2